UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ALBERT D. COX                                CIVIL ACTION

VERSUS                                       NO: 12-2547

LT. S. CARTER, ET AL                         SECTION: "J" (5)

### ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge **(Rec. Doc. 27),** and Plaintiff's failure to file any objections thereto, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion herein.  Accordingly,

**IT IS ORDERED** that Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

New Orleans, Louisiana this 15th day of May, 2014.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE